IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOY SIMS GRINER, et al.,<br>    Plaintiff,<br>  vs.<br>PNC MORTGAGE COMPANY, et al.,<br>    Defendants.<br>_____/ | No. 2:14-cv-0890-MCE-CMK<br><br>ORDER |

      Plaintiffs, proceeding pro se, bring this civil action. Pending before the court is defendants' motion to dismiss (Doc. 10, 15). No opposition to the pending motion has been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for June 26, 2014, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter submitted on the record and briefs without oral argument.

      IT IS SO ORDERED.


DATED: June 11, 2014

                                                        **CRAIG M. KELLISON**
                                                        UNITED STATES MAGISTRATE JUDGE