1
2
3
4
5
6
7
8                        **IN THE UNITED STATES DISTRICT COURT**
9                     **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
11   JOY SIMS GRINER, et al.,                        No. 2:14-cv-0890-MCE-CMK
12                    Plaintiff,
13          vs.                                       <u>ORDER</u>
14   PNC MORTGAGE COMPANY, et al.,
15                    Defendants.
16   _____/
17              Plaintiffs, proceeding pro se, bring this civil action. This matter is set for an initial
18   scheduling conference on August 20, 2014, before the undersigned in Redding, California.  Also
19   pending before the court is defendants' motion to dismiss.  The court finds it appropriate to
20   vacate the scheduling conference until the pending motion to dismiss has been resolved.  Once
21   the motion has been resolved, the court will reset a scheduling conference in this matter if
22   appropriate.
23   / / /
24   / / /
25   / / /
26

                                               1

1    Accordingly, IT IS HEREBY ORDERED that the scheduling conference set for

2 August 20, 2014, is vacated, to be reset following final resolution of the pending motion to

3 dismiss, if appropriate.

4

5 DATED:  August 14, 2014

6

7 _____
  **CRAIG M. KELLISON**
  UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26