IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOY SIMS GRINER, et al., | No. 2:14-cv-0890-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| PNC MORTGAGE COMPANY, et al., | |
| Defendants. | |

Plaintiffs, proceeding pro se, bring this civil action. Plaintiff has filed a notice of voluntary dismissal. Good cause appearing therefor, this action is dismissed, without prejudice. See Fed. R. Civ. P. 41(a)(2). All pending motions are denied as moot. The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

DATED: February 19, 2015

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1